**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
STYLIANOS MANOLAKAKIS,

                 Plaintiff,

-against-                              22 **CIVIL** 4620 (DLC)

                                                    **JUDGMENT**

ALEJANDRO MAYORKAS, in his official
capacity as Secretary of Homeland Security, et al.,

                 Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated October 27, 2022, Defendants' September 15 motion is granted; accordingly, the case is closed.

**Dated:** New York, New York

      October 28, 2022

                                                                 **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                               **BY:**    *K. Mango*

                                                                   **Deputy Clerk**